**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-198 (JEB)** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DARIN CARLYLE MOORE, JR.**, | : | |
| also known as "Duke," | : | **VIOLATIONS:** |
| **GABRIEL BROWN**, | : | **18 U.S.C. § 1201(a)(1)** |
| also known as "Boobie," | : | **(Kidnapping)** |
| **JAMES THOMAS TAYLOR**, | : | **18 U.S.C. §§ 924(c)(1)(A)(ii), (iii)** |
| also known as "Butter," | : | **(Using, Carrying, Possessing,** |
| **JOHN NIKEA SWEENEY**, | : | **Brandishing, and Discharge a Firearm** |
| | : | **During and in Relation to a Crime of** |
| Defendants. | : | **Violence)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p)** |
| | : | **and 28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 19, 2018, through June 20, 2018, within the District of Columbia, the State of Maryland, and elsewhere, **DARIN CARLYLE MOORE, JR.**, also known as "Duke," **GABRIEL BROWN**, also known as "Boobie," **JAMES THOMAS TAYLOR**, also known as "Butter," and **JOHN NIKEA SWEENEY**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for ransom, and, in committing or in furtherance of the commission

of the offense, did willfully transport and travel in interstate commerce from the State of Maryland to the District of Columbia.

(**Kidnapping and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2)

## COUNT TWO

On or about June 19, 2018, through June 20, 2018, within the District of Columbia, **DARIN CARLYLE MOORE, JR.**, also known as "Duke," **JAMES THOMAS TAYLOR**, also known as "Butter," and **JOHN NIKEA SWEENEY**, did unlawfully and knowingly use, brandish, discharge, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a 9mm semi-automatic pistol.

(**Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), (iii) and 2)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

2. Upon conviction of the offense alleged in Count Two of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved

in or used in the knowing commission of the offense, including but not limited to a Springfield Armory XDM .45 caliber pistol, Serial No. MG574963 and .45 caliber ammunition.

       3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      (a) cannot be located upon the exercise of due diligence;

      (b) has been transferred or sold to, or deposited with, a third party;

      (c) has been placed beyond the jurisdiction of the Court;

      (d) has been substantially diminished in value; or

      (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C.§ 853(p), as incorporated by 28 U.S.C. § 2461(c).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, 853(p) and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

3