# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 18-198 (JEB) |
| GABRIEL BROWN, | |
| Defendant | |

## ORDER

Defendant Gabriel Brown moves the Court to reconsider its previous ruling permitting the Government to introduce under Rule 404(b) evidence about the College Park home invasion. See ECF No. 292 (Def. Mot. to Recon.). He explains that the Government now does not have evidence that he was present at that incident, and thus it is not probative of his guilt in the Simmons abduction and murder. Id. at 2. If it is indeed true that he was not involved in the College Park incident, then the Government may not argue otherwise. That does not mean, however, that the incident is not relevant in the trial. On the contrary, as other co-Defendants were participants, the Court will not exclude evidence of the event.

The Court, accordingly, ORDERS that Defendant Brown's [292] Motion to Reconsider is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 18, 2022

1